IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 25-CR-61 |
| vs. | ) |
| MARIO NIKPRELAJ, | ) |
| Defendant. | ) |

**ORDER SEALING COMPLAINT AND WARRANT**

For cause, it is

ORDERED

That the Complaint and Warrant in this matter are sealed until the arrest of the defendant.

IT IS SO ORDERED this 18th day of July, 2025.

_____
MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa