**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 25-cr-61-MAR |
| Plaintiff, | | |
| vs. | | **ORDER SCHEDULING** |
| | | **INITIAL APPEARANCE** |
| MARIO NIKPRELAJ, | | |
| Defendant. | | |

_____

The initial appearance for the above Defendant will take place before the undersigned on **Tuesday, July 22, 2025 at 11:00 a.m.**; United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 18th day of July, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa